# United States Court of Appeals for the Federal Circuit

---

February 8, 2018

**ERRATUM**

---

Appeal No. 2016-1253

**DIAMOND SAWBLADES MANUFACTURERS COALITION,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**v.**

**BEIJING GANG YAN DIAMOND PRODUCTS COMPANY, GANG YAN DIAMOND PRODUCTS, INC.,**
*Defendants-Appellants*

**CLIFF INTERNATIONAL, LTD.,**
*Defendant*

Decided: August 7, 2017
Precedential Opinion

---

Please make the following change:

On page 16, footnote 6, line 18, replace "CIT" with "United States."